BAUTE CROCHETIERE & WANG LLP
HENRY C. WANG - State Bar No. 196537
HENRY H. GONZALEZ - State Bar No. 208419
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000

*Attorneys for Plaintiff*
FIDELITY & GUARANTY LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIM MARECHEAU, HAVANA MARECHEAU, ZIMORN MARECHEAU, , MAREAH MARECHEAU, MELINDA MARECHEAU, CHRISTIANA JIGBA as legal guardian to minors, ▓▓▓▓ ▓▓▓▓▓ and ▓▓▓▓ ▓▓▓▓▓▓▓▓, and MARIA PEREZ, as legal guardian to minor, ▓▓▓▓ ▓▓▓▓▓▓▓; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV12-03282 PA(JEMx)<br>[Complaint filed April 16, 2012]<br><br>**REDACTED AND REVISED [PROPOSED] JUDGMENT** |

[Proposed] JUDGMENT

After reviewing the Stipulation for Discharge of Plaintiff Fidelity & Guaranty Life Insurance Company ("F&G Life") and defendants Kim Marecheau, Zimron Marecheau, Mareah Marecheau, **REDACTED**, **REDACTED**, **REDACTED**, and Melinda Marecheau (collectively, "Defendants"), through themselves and their respective attorneys of record, and each of them, and it appearing to the Court that conflicting claims have been made to the sums due and owing under F&G Life Insurance Policy No. LE005586 (the "Policy") as a result of the death of Keith Hughston Marecheau (the "Insured"); that F&G Life has deposited with the Clerk of the Court the sum of $107,119.62; that this sum is the total amount due and owing, including interest, to anyone on account of the death of the Insured; that F&G Life's Complaint in Interpleader is properly filed; that this is a proper cause for interpleader, and good cause showing therefore:

IT IS HEREBY ORDERED that final judgment be and hereby is entered as follows:

1. That the Complaint in Interpleader filed herein by F&G Life was properly filed, was filed in good faith, and that this was a proper cause for interpleader;

2. F&G Life is released, discharged and acquitted of and from any and all liability of any kind or nature whatsoever to any of the Defendants on account of the Policy or the proceeds deposited with the Court as the amount due thereunder by reason of the death of the Insured;

3. Christina Jigba, as Guardian of the Estate of REDACTED and REDACTED, shall receive $41,000.00 for equal distribution between REDACTED and REDACTED. **The Court of the Clerk is hereby instructed to issue a check in the amount of $41,000 made payable to "Christina Jigba, as Guardian of the Estate of REDACTED and REDACTED," and to mail said check to**

1 **Ms. Jigba's counsel of record.** Ms. Jigba must place the funds in blocked bank
2 accounts until         REDACTED         reach the age of eighteen (18);
3    4.   Havana Marecheau shall receive $30,599.81 of the proceeds under the
4 Policy. **The Clerk of the Court is hereby instructed to issue a check in the**
5 **amount of $30,599.81 made payable to "Anderson Kill Wood & Bender, P.D.**
6 **Client Trust Account re Havana Marecheau," and send said check to Havana**
7 **Marecheau's counsel of record, Anderson Kill Wood & Bender, P.C.**;
8    5.   Maria Perez, as Guardian ad Litem of    REDACTED   , shall receive
9 $30,599.81 of the proceeds under the Policy. **The Clerk of the Court is hereby**
10 **instructed to issue a check in the amount of $30,599.81 made payable to**
11 **"Anderson Kill Wood & Bender, P.C. Client Trust Account re Maria Perez,**
12 **Guardian ad Litem of   REDACTED  .** Said funds must be held in trust until
13 Isaiah Marecheau reaches the age of eighteen (18).
14    6.   Melinda Marecheau, by September 1, 2013, will deliver to Christiana
15 Jigba's counsel of record a check made payable to "Christiana Jibga, as Guardian of
16 the Estate of   REDACTED   " in the amount of one thousand dollars ($1,000.00).
17 If payment is not made by September 1, 2013, interest will accrue at an annual rate of
18 three percent (3%). Any dispute arising from or in connection with the payment or
19 collection of this sum shall be brought in Small Claims Court located in Ventura
20 County, California.
21    7.   Mareah Marecheau, by September 1, 2013, will deliver to
22 Christiana Jigba's counsel of record a check made payable to "Christiana Jigba, as
23 Guardian of the Estate of   REDACTED   " in the amount of one thousand dollars
24 ($1,000.00). If payment is not made by September 1, 2013, interest will accrue at an
25 annual rate of three percent (3%). Any dispute arising from or in connection with the
26 payment or collection of this sum shall be brought in Small Claims Court located in
27 Ventura County, California.
28

- 2 -
Redacted and Revised [proposed] Judgment

8. Zimron Marecheau, by September 1, 2013, will deliver to Christina Jigba's counsel of record a check made payable to "Christiana Jigba, as Guardian of the Estate of **REDACTED** and **REDACTED** ," in the amount of one thousand dollars ($1,000.00). If payment is not made by September 1, 2013, interest will accrue at an annual rate of three percent (3%). Any dispute arising from or in connection with the payment or collection of this sum shall be brought in Small Claims Court located in Ventura County, California.

9. Kim Marecheau, by September 1, 2013, will deliver to Havana Marecheau a check made payable to "Havana Marecheau" in the amount of five hundred dollars ($500.00).

10. Kim Marecheau, by October 9, 2020, will deliver to Isaiah Marecheau a check made payable to " **REDACTED** " in the amount of five hundred dollars ($500.00).

11. F&G Life shall recover the remainder of the funds held by the Court in the instant interpleader matter. **The Clerk of the Court is hereby instructed to issue a check in the amount of the remaining balance in the interpleader account, payable to "Fidelity & Guaranty Life Insurance Company," and mail said check to F&G Life's counsel of record**; and

12. Subject to the foregoing, each party shall bear their own attorneys' fees and costs.

Dated: 3/1, 2013

United States District Court Judge

CC: FISCAL

- 3 -

Redacted and Revised [proposed] Judgment